UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAYRA JOSENIA FERREYRA SANTOS,

                Plaintiff,

-v-

CARINA VILLALONA and MAYOBANEX VILLALONA,

                Defendants.

20-CV-5253 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Defendants were served on July 21, 2020. However, no appearance has been entered on Defendants' behalf, and no response to the complaint has been filed in the allotted time. Plaintiff has not moved for a default judgment.

    Plaintiff is directed to notify the Court whether she intends to move for default judgment, or if she has received any communication from Defendants or their counsel regarding a response to the complaint.

    If Plaintiff fails by September 10, 2020, to either (1) file a letter concerning the status of the case, or (2) move for default judgment against Defendants, the action may be dismissed for failure to prosecute.

    Plaintiff is directed to serve a copy of this order by mail on Defendants.

    SO ORDERED.

Dated: August 25, 2020
       New York, New York

                                        J. PAUL OETKEN
                                        United States District Judge