UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

MAYRA JOSENIA FERREYRA SANTOS,

                **Plaintiff(s),**

                - against -

CARINA VILLALONA and MAYOBANEX VILLALONA,

                **Defendant(s),**
-------------------------------------------------------------X

20 Civ. 5253 (JPO)

**CLERK'S CERTIFICATE OF DEFAULT**

      **I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York**, do hereby certify that this action was commenced on July 8, 2020 **with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s)** Carina Villalona and Mayobanex Villalona **by personally serving** Mayobanex Villalona on July 21, 2020, *and proof of service was therefore filed on* July 27, 2020 and September 1, 2020, **Doc. #(s)** 7 and 11.

**I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.**

**Dated: New York, New York**

            _____, 20___

                                                  **RUBY J. KRAJICK**
                                                  **Clerk of Court**

                                    **By:** _____
                                                  **Deputy Clerk**