UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MAYRA JOSENIA FERREYRA SANTOS,

                **Plaintiff(s),**

                - against -

CARINA VILLALONA and MAYOBANEX VILLALONA,

                **Defendant(s),**

------------------------------------------------------------X

20 Civ. 5253 (JPO)

**CLERK'S CERTIFICATE OF DEFAULT**

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on July 8, 2020 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) Carina Villalona and Mayobanex Villalona by personally serving Mayobanex Villalona on July 21, 2020, and proof of service was therefore filed on July 27, 2020 and September 1, 2020, Doc. #(s) 7 and 11.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

**Dated:** New York, New York

      September 9, 20 20

                                                  **RUBY J. KRAJICK**
                                                    Clerk of Court

                              **By:** *K. Mango*
                                            **Deputy Clerk**