UNITED STATES DISCTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

MAYRA JOSEFINA FERREYRA

SANTOS                    Plaintiff,

CARINA VILLALONA and

MAYOBANEX VILLALONA

                           Defendants.



RECEIVED
20-cv-5253
SEP 15 2020
PRO SE OFFICE

## ANSWER TO COMPLAINT AND RESPONSE TO THE ALLEGATIONS

We are the Defendants in this Civil Action; we have not been able to retain
Counsel Due to lack of Financial Resources and The Non-Availability of Attorneys in Lew of
the Covid 19 Pandemic.

Hereby We Appear Before the Court and DENIED THE ALLEGATIONS SET FOR ON THE
ORIGINAL COMPLAINT. We Fully denied the Allegations ONE TO TWENTY-ONE

### PRAYER FO RELIEF

Defendants Respectfully  That this Court grant the relief of Dismissal or Move this case to the
calendar That allow us to Have the right To Settle this Action Thru Court Mediation or any other
relief that the court deems Proper and Just.

Respectfully Submitted,

*Carina Villalona*

Carina Villalona Pros-Se

Mayobanex Villalona Pro-Se

*[signature]*

## Certificate of Service

We the Respondents Certify that we have served a copy of this Motion

To the Attorneys for the Plaintiff by Email. elizabeth.Suarez@

And by Registered Mail to Expues mail to. FreshFields.com

Elizabeth Suaez; Erick maier

700 13th Street, N.W, 10th Floor

Washington, DC 20009

202. 777. 4500

Signature of Server

*Carina Villalona*

Carina Villalona

*Mayobanex Villalona*

Mayobanex Villalona

This envelope is made from post-consumer waste. Please recycle - again.

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

# PRIORITY
## ★ MAIL ★
# EXPRESS™

**FOR FASTEST SERVICE IN THE U.S.**

USM40LD
SDNY

EMS

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

EP13F July 2013   OD: 12.5 × 9.5

PS 10001000006

**UNITED STATES POSTAL SERVICE®**

# PRIORITY
## MAIL
# EXPRESS®

**FROM:** (PLEASE PRINT)    PHONE ( )

Carina Villalona
Mayo Bancx Villalona
495 W 18th Street
New York Ny 10033

20-cv-5253

**CUSTOMER USE ONLY**

**DELIVERY OPTIONS** (Customer Use Only)
- □ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**
- □ No Saturday Delivery (delivered next business day)
- □ Sunday/Holiday Delivery Required (additional fee, where available*)
- □ 10:30 AM Delivery Required (additional fee, where available*)
- * Refer to USPS.com® or local Post Office™ for availability.

**TO:** (PLEASE PRINT)    PHONE ( )

Hon. J Paul Oetken
+Thurgood Marshall
40 Foley Square
New York Ny

ZIP + 4® (U.S. ADDRESSES ONLY)
1 0 0 0 7 -

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

☜ **PEEL FROM THIS CORNER**

**ORIGIN (POSTAL SERVICE USE ONLY)**

| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage |
|---|---|---|
| 0 1 0 1 0 | 9/10/20 | $ 26.35 |

**□ 1-Day  □ 2-Day  □ Military  □ DPO**

| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD Fee |
|---|---|---|---|
| 9/9/20 | □ 3:00 PM □ 12 NOON | $ | $ |

| Time Accepted | | Return Receipt Fee | Live Animal Transportation Fee |
|---|---|---|---|
| 3:40 □ AM ☑ PM | 10:30 AM Delivery Fee $ | $ | $ |

| Weight | Flat Rate | Acceptance Employee Initials | Total Postage & Fees |
|---|---|---|---|
| lbs. oz. | ☑ Flat Rate | | $ 26.35 |

| Special Handling/Fragile | Sunday/Holiday Premium Fee | Employee Signature |
|---|---|---|
| $ | $ | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | □ AM □ PM | |

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | □ AM □ PM | |

LABEL 11-B, MARCH 2019    PSN 7690-02-000-9996

**PAYMENT BY ACCOUNT** (if applicable)
USPS® Corporate Acct. No.
Federal Agency Acct. No. or Postal Service™ Acct. No.

U.S. POSTAGE PAID
PME
CLIFFSIDE PARK, NJ
SEP 10 20
AMOUNT
$26.35
R2305K136430-07

EJ 431 749 925 US

PRO SE OFFICE

RECEIVED
SEP 15 2020





**UNITED STATES POSTAL SERVICE®**