RECEIVED SEP 15 2020 PRO SE OFFICE

2020 SEP 11 AM 9:21 CLERK'S OFFICE U.S. COURT OF APPEALS COUNTER 2 RECEIVED

UNITED STATE DISTIRC COURT

SOUTHERN DISTRICT OF NEW YORK

MAYRA JOSENIA FERREYRA

SANTOS          Plaintiff,                    20-cv-5253 (JPO)

CARINA VILLALONA and

MAYOBANEX VILLALONA,

          Defendants.

## MOTION TO SET ASIDE, CONTINUANCE AND NOT TO ENTER DEFAULT

Honorable J. PAUL OETKEN, District Judge:

We Started Communications with the Plaintiff Attorneys in order to Settle this case. We are a family of six, we have four children.

Mayobanex Villalona is a survivor of a Kidney transplant and has been on disability for almost 12 years. We have limited financials resources, Were below the poverty guidelines for the size of our family. We have not been able to retain counsel Due to the Covid 19 Pandemic and health issues.

We are Respectfully asking the Court to allow us at least (Thirty to ninety Days for us to Provide to attorney's plaintiff the supporting documents to settle this Case. We will comply with any recommendations by the court and cooperate with any instructions.

Respectfully Submitted,

Carina Villalona- Pro Se

Mayobanex Villalona Pro Se

State of New York
County of NEW YORK
On this 9th day of SEPTEMBER before me came MAYOBANEX VILLALONA, to me known to be the individual (s) described in and who executed the foregoing instrument and acknowledged that he/she/they executed the same.

X _____
Notary Public Signature
Stamp/Seal

ANTHONY RUDOLPH HUSBANDS
Notary Public, State of New York
No. 01HU6306390
Qualified in Kings County
Commission Expires June 23,2022