UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAYRA JOSENIA FERREYRA
SANTOS,
                           Plaintiff,                  20-CV-5253 (JPO)

                    -v-                                    ORDER

CARINA VILLALONA and
MAYOBANEX VILLALONA,
                           Defendants.

J. PAUL OETKEN, District Judge:

       On October 13, 2020, the Court ordered Defendants Carina Villalona and Mayobanex Villalona to file an answer that complies with Federal Rule of Civil Procedure 8(b) on or before November 3, 2020.  (Dkt. No. 20.)  Defendants have not yet done so.  In accordance with Plaintiff Mayra Josenia Ferreyra Santos's letter dated November 27, 2020 (Dkt. No. 23), and in light of the mediation conference scheduled for December 10, 2020, the Court extends Defendants' deadline for filing a compliant answer to December 7, 2020.  No further extensions will be granted.

       Should Defendants fail to file an answer by December 7, 2020, Plaintiff may move for default judgment.

       SO ORDERED.

Dated: November 30, 2020
       New York, New York

                                                       J. PAUL OETKEN
                                               United States District Judge

*COPY MAILED TO PRO SE PARTY BY CHAMBERS*